**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK**
Frank Busch (258288)
busch@wvbrlaw.com
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: (415) 357-8900

**PALLAS PARTNERS (US) LLP**
Duane L. Loft*
duane.loft@pallasllp.com
Melissa J. Kelley*
melissa.kelley@pallasllp.com
Brianna Hills Simopoulos*
brianna.simopoulos@pallasllp.com
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300

*Pro hac vice applications forthcoming

Counsel for Oasis Focus Fund LP and Quadre Investments, L.P.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.,<br><br>Petitioners, For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use In a Foreign Proceeding. | Case No. 23-<br><br>**DECLARATION OF TYLER BURTIS IN SUPPORT OF PETITIONERS' APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782** |

I, Tyler Burtis, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a private investigator licensed by the State of California. I am the Director of Investigations at Burtis Investigations LLC. I have been retained by Pallas Partners (US) LLP, which I understand is Counsel to Oasis Focus Fund LP and Quadre Investments, L.P., Petitioners in the above-captioned matter, who are making an application for an order of judicial assistance pursuant to 28 U.S.C. § 1782 for discovery from David Katsujin Chao and certain entities affiliated with DCM.

2. As part of my search for information on Mr. Chao, I searched proprietary databases that are available to licensed private investigators and law enforcement. These databases collect from publicly available reports and data sources, in addition to data from credit-reporting agencies, employment records, social networks, banks, internet domain registrations, divorce and marriage records, and public tax records.

3. I utilized separate proprietary databases and open-source information to run searches on Mr. Chao, certain of his apparent relatives, and property addresses associated with Mr. Chao. The results of those searches stated the following:

   a. Mr. Chao is listed as a current owner and resident of 72 Ralston Road, Atherton, California 94027-3913.

   b. An individual that appears to be Mr. Chao's wife is also resident at 72 Ralston Road, Atherton, California 94027-3913.

   c. Mr. Chao is associated with Zoro X, LLC, an active California-incorporated LLC, as a manager/member.

   d. According to a California Secretary of State registry search, the mailing address for Zoro X, LLC, is 72 Ralston Road, Atherton, California 94027-3913. A true and correct copy of Zoro X, LLC's California Secretary of State registry entry is attached to this declaration as Exhibit 1.

1

DECLARATION OF TYLER BURTIS IN SUPPORT OF PETITIONERS' APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. §1782.


   e. A trust that appears to be associated with Mr. Chao and his wife is associated with Addal Autos, LLC, an active California-incorporated LLC, as a manager/member.

   f. According to a California Secretary of State registry search, the principal and mailing addresses for Addal Autos, LLC, are both 72 Ralston Road, Atherton, California 94027-3913. A true and correct copy of Addal Auto's, LLC's California Secretary of State registry entry is attached to this declaration as Exhibit 2.

   g. Mr. Chao is also listed as a current owner of 4323 25th Street, San Francisco, California.

   h. An individual who appears to be Mr. Chao's son is also resident in San Francisco, California.

   i. Mr. Chao has a phone number with a greater San Francisco Bay area code that is associated with to 72 Ralston Road, Atherton, California 94027-3913, and 4323 25th Street, San Francisco, California.

   j. A cell phone with a Santa Clara/San Mateo area code is registered to DCM and appears to be affiliated with Mr. Chao.

Dated: December 12, 2022

By: _____
Tyler Burtis

DECLARATION OF TYLER BURTIS IN SUPPORT OF PETITIONERS' APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. §1782.

# EXHIBIT 1

## California
*Secretary of State*

**Business**  UCC

Login

- Home
- Search
- Forms
- Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

> A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search

Skip to main content  State

### ZORO X, LLC (202016310197)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 06/10/2020 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 1150 FOLSOM STREET, UNIT 1<br>SAN FRANCISCO, CA 94103 |
| Mailing Address | 72 RALSTON ROAD<br>ATHERTON, CA 94027 |
| ⚠ Statement of Info Due Date | 06/30/2022 |
| Agent | 1505 Corporation<br>112<br>C T CORPORATION SYSTEM<br>28 LIBERTY STREET<br>NEW YORK, NY  10005 |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GABRIELA SANCHEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DAISY MONTENEGRO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>BEATRICE CASAREZ-BARRIENTEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JESSIE GASTELUM<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JOHN MONTIJO<br>330 N BRAND BLVD, GLENDALE, CA |





California
Secretary of State

Business UCC

Login

Home

Search

Forms

Help

***Advanced Search***

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

***Disclaimer:*** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.*

*Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

zoro x

Advanced

Results: 1

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|

Skip to main content State

## ZORO X, LLC (202016310197)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 06/10/2020 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 1150 FOLSOM STREET, UNIT 1<br>SAN FRANCISCO, CA 94103 |
| *Mailing Address* | 72 RALSTON ROAD<br>ATHERTON, CA 94027 |
| ! *Statement of Info Due Date* | 06/30/2022 |
| *Agent* | 1505 Corporation<br>112<br>C T CORPORATION SYSTEM<br>28 LIBERTY STREET<br>NEW YORK, NY 10005 |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GABRIELA SANCHEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DAISY MONTENEGRO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>BEATRICE CASAREZ-BARRIENTEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JESSIE GASTELUM<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JOHN MONTIJO<br>330 N BRAND BLVD, GLENDALE, CA |

# California
## Secretary of State

**Business** | UCC

- Home
- Search
- Forms
- Help

ZORO X, LLC (202016310197) > 06/10/2020 Ac

Login

## ZORO X, LLC (202016310197)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 06/10/2020 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 1150 FOLSOM STREET, UNIT 1<br>SAN FRANCISCO, CA 94103 |
| Mailing Address | 72 RALSTON ROAD<br>ATHERTON, CA 94027 |
| Statement of Info Due Date | 06/30/2022 |
| Agent | 1505 Corporation<br>112<br>C T CORPORATION SYSTEM<br>28 LIBERTY STREET<br>NEW YORK, NY 10005 |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA<br>330 N BRAND BLVD,<br>GLENDALE, CA<br><br>GABRIELA SANCHEZ<br>330 N BRAND BLVD,<br>GLENDALE, CA<br><br>DAISY MONTENEGRO<br>330 N BRAND BLVD,<br>GLENDALE, CA<br><br>BEATRICE CASAREZ-BARRIENTEZ<br>330 N BRAND BLVD,<br>GLENDALE, CA<br><br>JESSIE GASTELUM<br>330 N BRAND BLVD,<br>GLENDALE, CA<br><br>JOHN MONTIJO<br>330 N BRAND BLVD,<br>GLENDALE, CA |

© 2022 CA Secretary of State

# EXHIBIT 2

# California
*Secretary of State*

**Business**   UCC

Login

## Business Search

Home

Search

Forms

Help

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

### Basic Search

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest

Skip to main content

### ADDAL AUTOS, LLC (201519810003)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 07/15/2015 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 72 RALSTON RD.<br>ATHERTON, CA 94027 |
| Mailing Address | 72 RALSTON RD.<br>ATHERTON, CA 94027 |
| Statement of Info Due Date | 07/31/2023 |
| Agent | 1505 Corporation<br>1739<br>NORTHWEST REGISTERED AGENT, INC.<br>2108 N ST STE N<br>SACRAMENTO, CA  95816-5712 |

   

View History    Request Access

**California**
*Secretary of State*

Business    UCC    Login

Home

Search

Forms

Help

allows you a results with filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

Skip to main content

## ADDAL AUTOS, LLC (201519810003)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 07/15/2015 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 72 RALSTON RD. ATHERTON, CA 94027 |
| Mailing Address | 72 RALSTON RD. ATHERTON, CA 94027 |
| Statement of Info Due Date | 07/31/2023 |
| Agent | 1505 Corporation 1739 NORTHWEST REGISTERED AGENT, INC. 2108 N ST STE N SACRAMENTO, CA  95816-5712 |

    
View History    Request Access

California
Secretary of State

Business UCC

Login

Advanced

Home

Search

Forms

Help

Results: 1

| Entity Information | Initial Filing Date |
|---|---|
| ADDAL AUTOS, LLC (201519810003) | 07/15/2015 |

## ADDAL AUTOS, LLC (201519810003)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 07/15/2015 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 72 RALSTON RD.<br>ATHERTON, CA 94027 |
| *Mailing Address* | 72 RALSTON RD.<br>ATHERTON, CA 94027 |
| *Statement of Info Due Date* | 07/31/2023 |
| *Agent* | 1505 Corporation<br>1739<br>NORTHWEST REGISTERED AGENT, INC.<br>2108 N ST STE N<br>SACRAMENTO, CA 95816-5712 |

View History

Request Access

© 2022 CA Secretary of State

