UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OASIS FOCUS FUND LP, et al.,<br><br>Petitioners,<br><br>v.<br><br>DAVID KATSUJIN CHAO,<br><br>Respondent. | Case No. 23-mc-80020-DMR<br><br>**ORDER RE: EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**<br><br>Re: Dkt. No. 1 |

Petitioners Oasis Focus Fund LP and Quadre Investments, L.P. filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing discovery for use in foreign proceedings, seeking permission to serve subpoenas for documents and information on David Katsujin Chao and five entities: DCM Management Co., LLC; DCM Management Co. VI, LLC; DCM Management Company IV, LLC; DCM Management Company V, LLC; and DCM Management, Inc. ("the DCM Ventures Entities"). [Docket No. 1.] The court cannot decide the application without the consent of all parties. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)). Accordingly, Petitioners shall serve the application and this Order on Chao and the DCM Ventures Entities by no later than February 7, 2023 and file proof of service. Chao and the DCM Ventures Entities shall file any response to the application by no later than February 21, 2023. By the same deadline, the parties shall file either the consent or declination form indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. The forms are available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

**IT IS SO ORDERED.**

Dated: January 24, 2023



Donna M. Ryu
United States Magistrate Judge