**WAGSTAFFE, VON LOEWENFELDT
BUSCH & RADWICK LLP**
Frank Busch (258288)
busch@wvbrlaw.com
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: (415) 357-8900

**PALLAS PARTNER (US) LLP**
Duane L. Loft (Pro hac vice)
duane.loft@pallasllp.com
John McAdams (Pro hac vice)
john.mcadams@pallasllp.com
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300

*Counsel for Petitioners*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 23-mc-80020<br><br>**JOINT STATUS REPORT** |

1   In accordance with the Court's Order of August 9, 2023 (ECF No. 33), the parties in the above-captioned matter submit the following Joint Status Report.

Respondent has begun document production and anticipates making further rolling productions in the coming weeks. The parties reserve their rights to further negotiate search terms pending the results of these efforts. Respondent will provide a privilege log in connection with these productions. The parties have also begun preliminary discussions around deposition scheduling. There are no disputes regarding these matters at this time.

The parties have worked amicably with 507 Summit LLC, which has brought its own Section 1782 application against Respondent, *507 Summit LLC v. David Katsujin Chao*, Case No. 4:23-mc-80069, which arises from the same Cayman Islands appraisal proceeding as the above-captioned petition. The parties have not changed their positions on the issue of the allocation of deposition time between Petitioners and 507 Summit LLC, discussed at greater length in the parties' April 24, 2023 Joint Status Report (ECF No. 18). The parties continue to reserve their rights.

Counsel for the parties are available by telephone or videoconference should the Court have any questions.

/ / /

/ / /

1 | Dated: October 6, 2023

2 | Respectfully submitted,

3

4 |   /s/ Linda H. Martin                                            /s/ Frank Busch

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Linda H. Martin*
Linda.Martin@freshfields.com
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000

Boris Feldman
Boris.Feldman@freshfields.com
855 Main Street
Redwood City, CA 94063
Telephone: (650) 421-8200

Lauren Kaplin*
Lauren.Kaplin@freshfields.com
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500

*Appearance *pro hac vice*

Counsel for Respondent David Katsujin Chao

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
Frank Busch (258288)
busch@wvbrlaw.com
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: (415) 357-8900

**PALLAS PARTNERS (US) LLP**
Duane L. Loft*
Duane.Loft@pallasllp.com
John McAdams*
John.McAdams@pallasllp.com
75 Rockefeller Plaza
New York, New York 10019
Telephone: (212) 970-2300

*Admitted *pro hac vice*

Counsel for Petitioners

- 2 -

**ATTESTATION RE SIGNATURES**

I, Frank Busch, am the ECF User whose ID and password are being used to file this PETITIONER OASIS FOCUS FUND LP'S RULE 7.1 DISCLOSURE STATEMENT. I hereby attest that concurrence in the filing of this document has been obtained from its signatories.

          */s/ Frank Busch*
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
Frank Busch (258288)
busch@wvbrlaw.com
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: (415) 357-8900